

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-14-2013

# Brittany Morrow v. Barry Balaski

Precedential or Non-Precedential: Precedential

Docket No. 11-2000

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Brittany Morrow v. Barry Balaski" (2013). *2013 Decisions.* Paper 611.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/611

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2000
_____

BRITTANY MORROW; EMILY MORROW,
Minors, In Their Own Right, And By Their Parents
and Natural Guardians, Bradley Morrow and Diedre Morrow;
BRADLEY MORROW; DIEDRE MORROW, Individually,
                                              Appellants

v.

BARRY BALASKI, Individually;
THE BLACKHAWK SCHOOL DISTRICT

_____

On Appeal from the District Court
for the Western District of Pennsylvania
(No. 2:10-cv-00292)
Chief Magistrate Judge Lisa Pupo Lenihan

_____

Argued on October 10, 2012
Opinion Filed June 5, 2012

Before: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE and NYGAARD, Circuit Judges.

**ORDER AMENDING OPINION**

At the direction of the Court, it is hereby O R D E R E D that the opinion filed June 5, 2013 shall be amended.

Accordingly, the majority opinion is amended as follows:

1.      Judge Ambro's participation is the majority opinion will be changed from "joins Section III B. of the majority only" to "joining in judgment as expressed";

2.      "Fourtheenth" on page 9 of the slip opinion will be changed to "Fourteenth";

3.      The citation to "Fuentes Dissent 18" on page 14 will be changed to "Fuentes Dissent 21";

4.      The citation to "Fuentes Dissent 18" on page 14, footnote 11, will be changed to "Fuentes Dissent 21";

5       The citation to "Fuentes Dissent 18-19" on page 15 will be changed to "Fuentes Dissent 21";

6.      The citation to "Fuentes Dissent 3" on page 15 will be changed to "Fuentes Dissent 3-4";

7.      The citation to "Fuentes Dissent 9" on page 16 will be changed to "Fuentes Dissent 10";

8.      The citation to "Fuentes Dissent 9" on page 16, footnote 13 will be changed to "Fuentes Dissent 10";

9.      The citation to "Fuentes Dissent 3" on page 17 will be changed to "Fuentes Dissent 3-4";

10.     The citation to "Fuentes Dissent 14" on page 17, footnote 14, will be changed to "Fuentes Dissent 16";

11.     The citation to "Fuentes Dissent 10" on page 18 will be changed to "Fuentes Dissent 12-15";

12.     The citation to "Fuentes Dissent 13" on page 20 will be changed to "Fuentes Dissent 14-15";

13.     The citation to "Fuentes Dissent 6 n.3" on page 21 will be changed to "Fuentes Dissent 7 n.3"; and,

14.     The citation to "Fuentes Dissent 24" on page 27 will be changed to "Fuentes Dissent 29."

Judge Ambro's concurring and dissenting opinion is amended as follows:

1.	The citation to "Fuentes Dissent 26 on page 2 will be changed to "Fuentes Dissent 31."

Judge Fuentes's dissenting opinion is amended as follows:

1.	The citation to "Majority Op. at 13" on page 19 will be changed to "Majority Op. at 12"; and,

2.	The citation to "Majority Op. at 26" on page 30 will be changed to "Majority Op. at 27."


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  June 14, 2013
tmk/cc: Albert A. Torrence, Esq.
        John J. Hare, Attorney